No. 1466, Misc. MINTZER *v.* WARDEN, SING SING PRISON. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for a writ of certiorari, certiorari is denied.

No. 1071. DEPARTMENT OF EMPLOYMENT ET AL. *v.* UNITED STATES ET AL. Appeal from D. C. Colo. Further consideration of the question of jurisdiction postponed to the hearing of the case on the merits. *Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, *James D. McKevitt,* Assistant Attorney General, for appellants. *Solicitor General Marshall, Acting Assistant Attorney General Roberts, I. Henry Kutz* and *William Massar* for the United States et al.

No. 1037, Misc. McCRAY *v.* ILLINOIS. Sup. Ct. Ill. Motion for leave to proceed *in forma pauperis* and petition for a writ of certiorari granted. Case transferred to appellate docket. *Sam Adam* and *R. Eugene Pincham* for petitioner. *William G. Clark,* Attorney General of Illinois, and *Richard A. Michael* and *John J. O'Toole,* Assistant Attorneys General, for respondent.

No. 1184. BENNETT *v.* FORD MOTOR Co. C. A. D. C. Cir. Certiorari denied. *Samuel Intrater* and *Albert Brick* for petitioner. *William E. Miller* and *Laidler B. Mackall* for respondent.